**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **APRIL LOPES**, *individually and on behalf of others similarly situated,*<br>*Plaintiff,*<br>v.<br>**LOANDEPOT.COM, LLC, d/b/a LOANDEPOT**,<br>*Defendant.* | Case No. 3:26-cv-00832-KM |

**DEFENDANT LOANDEPOT.COM, LLC'S**
**STATEMENT OF CORPORATE OWNERSHIP**

Pursuant to the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant loanDepot.com, LLC, states that it is a limited liability company that is owned by LD Holdings Group, LLC and Anthony Hsieh. LD Holdings Group, LLC is owned by loanDepot, Inc., a publicly traded corporation and no publicly held corporation owns 10% or more of its stock.

loanDepot.com, LLC reserves the right to supplement and/or amend this disclosure as necessary.

Dated: October 5, 2026

Respectfully submitted,

TROUTMAN PEPPER LOCKE LLP

By: */s/ Adam R. Martin*
Adam R. Martin (PA 321257)
100 Market Street, Suite 200
P.O. Box 1181
Harrisburg, PA 17101
Telephone: (717) 255-1115
Adam.Martin@troutman.com

TROUTMAN AMIN, LLP

By: /s/ *Brittany A. Andres*
Eric J. Troutman (Pro Hac Vice)
Puja J. Amin (Pro Hac Vice)
Brittany A. Andres (Pro Hac Vice)

TROUTMAN AMIN, LLP
400 Spectrum Center Dr.,
Suite 1450
Irvine, CA 92618
Telephone: (949) 350-3663
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com

*Attorneys for Defendant loanDepot.com, LLC, d/b/a loanDepot*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, a true and correct copy of the *Statement of Corporate Ownership* was served on the persons and entities receiving CM/ECF notice in the above-captioned case.

*By: /s/ Adam R. Martin*
Adam R. Martin (PA 321257)